COM.

v.

GRAY, A.

2668 EDA 2016

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 10/30/2017

MC–51–CR–0004803–2016 (Philadelphia)

Reversed/Vacated

DUTTON, M.

v.

HOSPITAL OF PENN.

2835 EDA 2016

Superior Court of Pennsylvania.

09/21/2017

No. 4412 (Philadelphia)

Affirmed

COM.

v.

BRESSI, R.

3034 EDA 2016

Superior Court of Pennsylvania.

09/21/2017

MC–51–CR–0015422–2016
(Philadelphia)
Reversed/Remanded

COM.

v.

BROWN, T.

72 EDA 2017

Superior Court of Pennsylvania.

09/21/2017
Reargument Denied 11/22/2017

CP–23–CR–0003491–2001
(Delaware)
Affirmed

IN the INTEREST OF: N.N.S., a Minor

505 EDA 2017

Superior Court of Pennsylvania.

09/21/2017

CP–51–AP–0001113–2016 (Philadelphia)
Affirmed